**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Annette F. Boop<br>　　　　　　　　　　　Debtor(s) | |
| JPMorgan Chase Bank, N.A.<br>　　　　　　　　　　Movant<br>　　　　v.<br>Annette F. Boop<br>　　　　　　　　　　Respondent<br>　　　　　and<br>TRobert Shearer, Trustee<br>　　　　　　　　　Additional Respondent | BK. NO. 17-21933 CMB<br><br>CHAPTER 7<br><br>Related to Doc. No. 24<br><br>**ENTERED BY DEFAULT** |

**ORDER MODIFYING SECTION 362 AUTOMATIC STAY**

AND NOW, this 16th day of October, 2017, at Pittsburgh, upon Motion of JPMorgan Chase Bank, N.A., it is

**ORDERED THAT:** The Automatic Stay is hereby terminated under 11 U.S.C. Section 362 (d) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease and otherwise dispose of the 2014 Honda Civic, VIN19XFB2F50EE253143, in a commercially reasonable manner.

　　　　　　　　　　　　　　　　　　　　　　　　*Carlota M. Böhm*
　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge    dmr

cc: See attached service list:

　　　　　　　　　　　　　　　　　　　　　　　FILED
　　　　　　　　　　　　　　　　　　　　　　　10/16/17 10:15 am
　　　　　　　　　　　　　　　　　　　　　　　CLERK
　　　　　　　　　　　　　　　　　　　　　　　U.S. BANKRUPTCY
　　　　　　　　　　　　　　　　　　　　　　　COURT - WDPA

Annette F. Boop
643 Metz Road
Tarentum, PA 15084

Lawrence W. Willis Esquire
201 Penn Center Blvd
Suite 400
Pittsburgh, PA 15235
help@urfreshstrt.com

Robert Shearer
5703 Brewster Lane
Erie, PA 16505

KML Law Group, P.C.
BNY Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 17-21933-CMB
Annette F Boop                                                            Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: dric              Page 1 of 1              Date Rcvd: Oct 16, 2017
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 18, 2017.
db              +Annette F Boop,    643 Metz Rd,    Tarentum, PA 15084-3036

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 16, 2017 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
              Lawrence W. Willis    on behalf of Debtor Annette F Boop help@urfreshstrt.com,
               urfreshstrt@gmail.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Robert Shearer    information@robertshearer.com, rshearer@ecf.epiqsystems.com;rspclaw@gmail.com
              Robert Shearer    on behalf of Trustee Robert  Shearer information@robertshearer.com,
               rshearer@ecf.epiqsystems.com;rspclaw@gmail.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 6